IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GPS INDUSTRIES LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| BUSHNELL CORPORATION, | § | Case No.  1:11-cv-00385 |
| CALLAWAY GOLF COMPANY, | § | |
| EXPRESSO SATELLITE | § | |
| NAVIGATION, INC., | § | Jury Demanded |
| GARMIN INTERNATIONAL, INC., | § | |
| GOPLANET CORPORATION, | § | |
| SAVANT GPS LLC, and | § | |
| SKYSHOT USA INC. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, GPS Industries LLC states as follows:

No public company owns 10% or more of GPS Industries LLC's membership units.

Dated:  May 10, 2011               Respectfully Submitted,

/s/ Matthew J.M. Prebeg
Matthew J.M. Prebeg, Texas Bar No. 00791465
Scott M. Clearman, Texas Bar No. 04350090
**CLEARMAN | PREBEG LLP**
815 Walker, Suite 1040
Houston, TX  77002
Phone:    713-223-7070
Fax:        713-223-7071
Email:    mprebeg@clearmanprebeg.com
              sclearman@clearmanprebeg.com

ATTORNEYS FOR PLAINTIFF